# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Chris Johnston,<br><br>Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc., and<br>Midland Funding, LLC,<br><br>Defendants. | Case No. 1:16-cv-00437<br>Hon. Robert Holmes Bell<br><br>TO: Midland Funding, LLC<br>ADDRESS: R/A:CSC Lawyers Incorporating Service (Company)<br>601 Abbot Road<br>East Lansing, Michigan 48823 |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
   P.O. Box 698, 229 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
   B. Thomas Golden
   Golden Law Offices, P.C.
   2186 West Main Street, P.O. Box 9
   Lowell, MI 49331

TRACEY CORDES, CLERK OF COURT



By: Deputy Clerk            Date: May 02, 2016

## PROOF OF SERVICE

This summons for __Midland Funding, LLC__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other *(specify)* Service via certified mail on May 19, 2016, return receipt no. 7014 1820 0002 1689 9110.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: May 26, 2016

/s/ B. Thomas Golden
*Server's signature*

B. Thomas Golden, Golden Law Offices, P.C.
*Server's printed name and title*

2186 W. Main St., P.O. Box 9, Lowell, MI 49331
*Server's address*

Additional information regarding attempted service, etc.:



